WO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edward Lopez de la Cruz, ) | |
| Petitioner, ) | |
| ) | CV 07-368 TUC DCB |
| v. ) | |
| ) | **O R D E R** |
| Tom Long, et al., ) | |
| ) | |
| Respondents. ) | |
| ———————————————————) | |

On July 25, 2008, the Honorable Jacqueline Marshall, United States Magistrate Judge, filed a Report and Recommendation in this action. The Magistrate Judge advises the Court to deny the Petition for Writ of Habeas Corpus (document 1) and deny Petitioner's Motion for Hearing/Conference (document 14).

The Magistrate Judge explains that Petitioner failed to exhaust his claims, except for the claim of prosecutorial misconduct based on the alleged elicitation of false testimony at trial. (R&R at 5.) As to this claim, the state court adjudicated it on the merits, finding that any misconduct at his trial, which resulted in his acquittal on the charge of possession of burglary tools and a mistrial on the remaining charges, was negated by his subsequent guilty plea. *Id.* at 6 (citing *Tollett v. Henderson*, 411 U.S. 258, 267 (1973); *Ortberg v. Moody*, 961 F.2d 135, 137-38 (9th Cir. 1992) (plea of guilty negates any potential habeas claims arising from events that occurred prior to entry of the guilty plea). Lastly, the Magistrate advised against a hearing because Petitioner's claims did not entitle him to relief. *Id.* at 7.

The parties were sent copies of the Recommendation and instructed that, pursuant to 28 U.S.C. § 636(b), they had 10 days to file written objections to the Recommendation. *See also,*

1  Federal Rule of Civil Procedure 72(b) (party objecting to the recommended disposition has ten
2  (10) days to file specific, written objections). To date, no objections have been filed.
3  Pursuant to 28 U.S.C. § 636(b), this Court makes a *de novo* determination as to those
4  portions of the Report and Recommendation to which there are objections.  28 U.S.C. §
5  636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the
6  report or specified proposed findings and recommendations to which objection is made.")  To
7  the extent that no objection has been made, arguments to the contrary have been waived.
8  *McCall v. Andrus*, 628 F.2d 1185, 1187 (9th Cir. 1980) (failure to object to Magistrate's report
9  waives right to do so on appeal); *see also*, Advisory Committee Notes to Fed. R. Civ. P. 72
10 (citing *Campbell v. United States Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974) (when no timely
11 objection is filed, the court need only satisfy itself that there is no clear error on the face of the
12 record in order to accept the recommendation).
13 The Court finds the Report and Recommendation to be thorough and well-reasoned; it
14 is neither clearly erroneous nor contrary to law. *United States v. Remsing*, 874 F.2d 614, 617-
15 618 (9th Cir. 1989). The Report and Recommendation shall, therefore, be accepted pursuant to
16 28 U.S.C. §  636(b)(1). The Court adopts the recommendation of the Magistrate Judge.  For the
17 reasons stated in the Report and Recommendation, the Court denies the Petition for Writ of
18 Habeas Corpus and the Motion for Hearing.
19 **Accordingly,**
20 **IT IS ORDERED** that the Report and Recommendation [Doc. # 16] is adopted as the
21 opinion of the Court.
22 **IT IS FURTHER ORDERED** that the Motion for Hearing [Doc. # 14] is DENIED.
23 **IT IS FURTHER ORDERED** that Petition for Writ of Habeas Corpus [Doc. # 1] is
24 DENIED; the Clerk of the Court shall enter judgment accordingly.
25 DATED this 22nd day of August, 2008.

David C. Bury
United States District Judge